UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2017 MAR 20 P 2: 52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| C. SANDERS SERVICES, INC. D/B/A CSS TRANSPORT, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.: 3:17-CV-161 |
| TI GROUP AUTOMOTIVE SYSTEMS, LLC, | ) ) ) | Removed from the Circuit Court of Macon County, Alabama |
| Defendant. | ) | Case No. 46-CV-2017-900021.00 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, TI Group Automotive Systems, L.L.C. ("TIGAS"), hereby gives notice of the removal of this action from the Circuit Court of Macon County, Alabama, to the United States District Court for the Middle District of Alabama. As addressed below, diversity jurisdiction exists in this action. *See* 28 U.S.C. § 1332(a). As grounds for removal, TIGAS states as follows:

### I. INTRODUCTION

1. Plaintiff, C. Sanders Services, Inc. d/b/a CSS Transport ("CSS"), commenced this action in the Circuit Court of Macon County, Alabama, Case No. 46-CV-2017-900021.00. The Circuit Court of Macon County, Alabama, is a state court within this judicial district. 28 U.S.C. § 81(b)(3). A true and correct copy of all papers served on TIGAS in the state court proceedings, including the Complaint, are attached as ***Exhibit 1***.

2. The Complaint arises out of a contract between CSS and TIGAS concerning transportation services provided by CSS (the "Contract").

3. CSS alleges that TIGAS improperly terminated the Contract. TIGAS denies CSS's allegations.

4. TIGAS first received a copy of the Complaint when it was served on February 20, 2017. (Affidavit of Matthew K. Paroly attached as *Exhibit 2*, ¶ 6). Therefore, this Notice of Removal is timely because it is being filed within thirty days after TIGAS's receipt of the Complaint. 28 U.S.C. § 1446(b)(1).

## II. REMOVAL IS PROPER UNDER 28 U.S.C. § 1441 BECAUSE THIS CASE SATISFIES THE REQUIREMENTS FOR DIVERSITY JURISDICTION

### A. Diversity of Citizenship Exists

5. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1) because it is a civil action between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. Pursuant to 28 U.S.C. § 1441(a), TIGAS may remove this action to this Court.

6. Plaintiff, CSS, is an Alabama corporation with its principal place of business in Macon County, Alabama. (Complaint ¶ 1).

7. Defendant, TIGAS, is a limited liability company. For purposes of diversity jurisdiction, TIGAS shares the citizenship of its members. *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (holding that "a limited liability company is a citizen of any state of which a member of the company is a citizen" for diversity jurisdiction purposes). The sole member of TIGAS is TI Automotive, LLC. (Exhibit 2). The sole member of TI Automotive, LLC is TI Automotive USA Holdings Limited. *Id.* TI Automotive USA Holdings Limited is a foreign corporation formed under the laws of the United Kingdom with its principal place of business in the United Kingdom. *Id.* Accordingly, for

purposes of diversity jurisdiction, TIGAS is considered to be a citizen of the United Kingdom. *See* 28 U.S.C. § 1332(c).

8. Diversity of citizenship exists for purposes of removal under 28 U.S.C § 1332(a)(1) and (c).

### B. The Amount in Controversy Exceeds $75,000, Exclusive of Interest and Costs

9. CSS alleges that it is entitled to damages for: (1) a "substantial financial loss" on the sale of equipment; and (2) an entire year's worth of anticipated profits. (Complaint ¶¶ 7-8).

10. In pre-suit correspondence regarding the dispute that is now the subject of CSS's Complaint, CSS asserted that its damages resulting from TIGAS' alleged breach of contract were at least $250,000. (***Exhibit 3***).

11. The amount in controversy, exclusive of interest and costs, exceeds the $75,000 statutory minimum for diversity jurisdiction required under 28 U.S.C. § 1332(a).

### C. All Other Procedural Requirements for Removal Have Been Satisfied

12. In addition to satisfying the requirements of diversity jurisdiction, TIGAS has satisfied all other requirements for removal.

13. The time within which TIGAS is permitted to remove this action under 28 U.S.C. § 1446 has not expired as of the time of the filing and service of this Notice of Removal. Less than thirty (30) days have passed since TIGAS received the Complaint on February 20, 2017.

14. Pursuant to 28 U.S.C. § 1446(d), TIGAS is serving written notice on CSS of the filing of this Notice of Removal, and will serve and file a Notice of Filing Notice of Removal, in the form attached as ***Exhibit 4***, including a true and correct copy of this Notice of Removal, with the Clerk for the Circuit Court of Macon County, Alabama.

3

15. As required by 28 U.S.C. § 1446(a), TIGAS has attached to this Notice of Removal copies of all state court process and pleadings that it has received. (Exhibit 1).

16. Because TIGAS is the only named defendant, there are no other parties whose consent to removal must be obtained. *See* 28 U.S.C. § 1446(b)(2)(A).

17. In accordance with 28 U.S.C. § 1441(a), venue of the removed action lies in the United States District Court for the Middle District of Alabama because the state court action was filed within this judicial district. *See* 28 U.S.C. § 81(b)(3).

18. TIGAS reserves all rights, claims, and defenses.

**WHEREFORE**, TIGAS requests that this Notice of Removal be deemed good and sufficient, and that CSS' Complaint be removed from the Circuit Court for the County of Macon, Alabama, to this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action as if it had been originally commenced in this Court.

Respectfully submitted,

Sarah S. Osborne (ASB-2064-V86Y)
Robert E. Poundstone IV (ASB-5864-N53R)
BRADLEY ARANT BOULT CUMMINGS LLP
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
bpoundstone@bradley.com
sosborne@bradley.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on the following counsel of record:

Brain P. Strength
Strength & Connally, LLC
402 North Main Street
P.O. Box 830810
Tuskegee, AL 36083

John R. Trentacosta
Nicholas Ellis
Foley & Lardner, LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to their regular mailing addresses, on this, the 20th day of March, 2017.

OF COUNSEL