

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| C. SANDERS SERVICES, INC. D/B/A, CSS TRANSPORT, | * * * |
| Plaintiff, | * * |
| v. | * CASE NO. CV-2017- |
| TI GROUP AUTOMOTIVE SYSTEMS, LLC, | * * * * |
| Defendant. | * |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. The Plaintiff, C. Sanders Services, Inc. d/b/a CSS Transport is a Alabama Corporation whose principal place of business in Macon County, Alabama.

2. The Defendant, TI Group Automotive Systems, LLC is a Foreign Corporation doing business in Alabama.

### STATEMENT OF THE CASE

3. The parties entered into an agreement on or about the 1ST day of January 2015 in which the Plaintiff was to provide transportation services to the Defendant.

4. The duration of the contract was for two (2) years.

5. The Plaintiff invested substantially in equipment in order to fulfil the requirements of the contract.

6. On or about November 2, 2015 the Defendant terminated the contract without cause and without providing the requite notice required in the contract.

7. As a result the Plaintiff has been forced to sell equipment at a substantial financial

1

loss.

8. As a result the Plaintiff has lost a years worth of anticipated profits.

## COUNT ONE

### BREACH OF CONTRACT

9. Plaintiff reasserts paragraphs 1 – 8 as set out in full.

10. On or about the 1ST day of January 2015, the parties entered into an agreement.

11. Defendant has breached said agreement by terminating the contract without justification or cause and without providing the proper notice required under the terms of the contract.

12. Plaintiff has been damaged due to the Defendant's actions.

WHEREFORE, Plaintiff demands judgment against the Defendant in an amount in excess of the jurisdiction of this Court plus interest and costs and attorney fees.

### JURY DEMAND

13. Plaintiff demands a trial by struck jury.

Respectfully submitted this the 9TH day of February, 2017.

/s/ Brian P. Strength_____(STR052)
Brian P. Strength, Attorney for Plaintiff
Strength & Connally, LLC
402 North Main Street
P.O. Box 830810
Tuskegee, AL 36083
(334) 727-7762
bs@strengthconnally.com

/s/ Philip A. Thompson_____(PAT150)
Philip A. Thompson, Attorney for Plaintiff
HAYGOOD, CLEVELAND, PIERCE &
THOMPSON LLP
611 East Glenn Avenue
P. O. Box 3310
Auburn, Alabama 36831-3310
(334) 821-3892
pthompson@hcplaw.com

Plaintiff reserves the right to add any and all additional causes of action that may become available during discovery and prosecution of this matter pursuant to the Alabama Rules of Civil Procedure.

3