IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| C. SANDERS SERVICES, INC., )<br>d/b/a CSS TRANSPORT, )<br>   )<br>   Plaintiff, )<br>   ) | CIVIL ACTION NO. 3:17cv161-CSC |
| v. )<br>   )<br>TI GROUP AUTOMOTIVE )<br>STSTEMS, LLC )<br>   )<br>   Defendant. ) | |

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, pursuant to Rule 41(a)(1) of the <u>Federal Rules of Civil Procedure</u> and gives notice of the dismissal of this action and states:

1. Plaintiff gives notice of the dismissal of this action, without prejudice.

2. The opposing party has not filed an answer or a motion for summary judgment.

Respectfully Submitted,

/s/ Brian P. Strength
BRIAN P. STRENGTH (ASB-9708-G66B)

**OF COUNSEL:**
BRIAN P. STRENGTH
STRENGTH & CONNALLY, LLC
P.O. Box 830810
402 North Main Street

1

Tuskegee, AL 36083
(ph) 334.727.7762
(fax) 334.460.2773
bs@strengthconnally.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all counsel of record by electronic notification on this the 5th day of April, 2017:

Sarah S. Osborne
Robert E. Poundstone
Bradley Arant Boult Cummings LLP
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104

John Trentacosta
Nicholas Ellis
Foley & Lardner, LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489

Philip A. Thompson
Haygood, Cleveland, Pierce
    & Thompson, LLPO
611 East Glenn Avenue
PO BOX 3310
Auburn, AL 36831

                                        /s/Brian P. Strength
                                        OF COUNSEL