UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREER

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 7, 2017

# CLERK'S NOTICE OF DISMISSAL

Brian Paul Strength
Strength & Connally LLC
PO Box 830810
Tuskegee, AL 36083

Philip Allen Thompson
Haygood Cleveland Pierce & Thompson LLP
P. O. Box 3310
Auburn, AL 36831-3310

John R. Trentacosta
John R Trentacosta
500 Woodward Ave - Ste 500
Detroit, MI 48226

Nicholas James Ellis
Foley & Lardner LLP
500 Woodward Ave - Ste 2700
Detroit, MI 48226

Robert Emmett Poundstone , IV
Bradley Arant Boult & Cummings
PO Box 1469
445 Dexter Avenue, Suite 9075 (36104)
Montgomery, AL 36102-1469

Sarah S Osborne
Bradley Arant Boult Cummings LLP
445 Dexter Ave (RSA Bldg) - Ste 9075
Montgomery, AL 36104

Re: C. Sanders Services, Inc. v. TI Group Automotive Systems, LLC
Civil Action No. 3:17-cv-00161-CSC

Dear Counsel:

    Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff on April 5, 2017, this case has been closed and removed from the pending docket of this court.

                                             Sincerely,
                                             DEBRA P. HACKETT, CLERK